1  Robert J. Drury
   PO BOX 720545
2  San Jose, CA 95172
   408-372-6011
3  robb.drury@gmail.com

4  Pro Se Plaintiff

**Filed**

JUN 1 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ADR**

**E-filing**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

ROBERT J. DRURY,

                 Plaintiff,

        v.

UNITED COLLECTION BUREAU, INC.,

                 Defendant.

Case No. **CV12-03113 HRL**

*VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL*

(UNLAWFUL DEBT COLLECTION CASE)

### VERIFIED COMPLAINT

Robert J. Drury, Plaintiff, alleges the following breach of law against United Collections Bureau, Inc., Defendant:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Credit Reporting Act, 15 U.S.C. § 1681b (FCRA).

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>   CASE NO.: _____

2. Count II of the Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (FDCPA).

3. Count III of the Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 et seq. (RFDCPA).

**JURISDICTION AND VENUE**

4. This court has jurisdiction over this complaint under 15 U.S.C. § 1692k(d),U.S.C. § 1681p, 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a).

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2).

7. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**INTRADISTRICT ASSIGNMENT**

8. This lawsuit should be assigned to the San José Division of this Court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Santa Clara County.

**PARTIES**

9. Plaintiff, Robert J. Drury ("Plaintiff") is a natural person (per Cal. Civ. Code § 1788.2(g) who

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>    CASE NO.: _____

at all relevant times resided in the State of
California, County of Santa Clara, and City of San
José.

10.   Plaintiff is a "consumer" as defined by 15 U.S.C.
§ 1692a(3) and is a "debtor" as defined by Cal. Civ.
Code § 1788.2(h), and according to Defendant,
Plaintiff allegedly owes a debt as that term is
defined by 15 U.S.C. § 1692a(5) and Cal. Civ. Code §
1788.2(h).

11.   Defendant UNITED COLLECTION BUREAU, INC.
("Defendant") is a corporation who at all relevant
times was engaged, by use of the mails and
telephone, in the business of attempting to collect
an "alleged" debt from Plaintiff.

12.   Defendant is a "debt collector" as defined by 15
U.S.C. §1692a(6)and Cal. Civ. Code § 1788.2(c).

13.   Defendant is a national company with its
headquarters in Toledo, Ohio.

14.   Defendant acted through its agents, employees,
officers, members, directors, heirs, successors,
assigns, principals, trustees, sureties, subrogees,
representatives, and insurers.


## STATEMENT OF FACTS

15.   On August 3, 2011, Defendant obtained the
Plaintiff's credit report from Experian. See Exhibit
A.

TITLE OF DOCUMENT: VERIFIED COMPLAINT    CASE NO.: _____

16.  Defendant sent initial written communication "dunning letter" to Plaintiff dated August 5, 2011.

17.  Plaintiff responded to dunning letter with dispute claim and request for debt validation on August 15, 2011 sent by certified, return receipt USPS mail #70102780000198034770.

18.  Defendant mailed Plaintiff a few documents that in Plaintiff's judgment failed to validate the debt.

19.  Defendant continued to attempt to collect an alleged debt three times on the following dates using written correspondence: September 8, 2011, October 5, 2011, and November 30, 2011.

20.  Plaintiff sent a notice (certified mail #70113500000007276331) to Defendant of their violations of the FCRA, FDCPA and RFDCPA in an effort to mitigate damages and reach a settlement for their violations before taking civil action against them.

21.  Plaintiff engaged in email communications with counsel representing Defendant, Kristen Arsenault, but failed to reach an acceptable agreement regarding damages to be paid to Plaintiff.

TITLE OF DOCUMENT: VERIFIED COMPLAINT    CASE NO.: _____

Page 4 of 11

1
2

**CLAIMS**

COUNT I

3   VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA),

4   15 U.S.C. § 1681b

5   WILLFUL NON-COMPLIANCE BY DEFENDANT

6   UNITED COLLECTION BUREAU, INC.

7

8   22.   Plaintiff repeats and re-alleges each and every

9   allegation contained in paragraphs 1 through 21.

10   23.   Experian is a credit reporting agency within the

11   meaning of FCRA, U.S.C. § 1681a(f).

12   24.   Consumer credit report is a consumer report

13   within the meaning of FCRA, 15 U.S.C. § 1681a(d).

14   25.   The FCRA, 15 U.S.C. § 1681b defines the

15   permissible purposes for which a person may obtain a

16   consumer credit report.

17   26.   Such permissible purposes as defined by 15 U.S.C.

18   § 1681b are generally, if a consumer makes

19   application for credit, makes application for

20   employment, for underwriting insurance involving the

21   consumer, or is offered a bona fide offer of credit

22   as a result of the inquiry.

23   27.   Plaintiff has never had any business dealings or

24   any accounts with, made application for credit from,

25   made application for employment with, applied for

26   insurance from, or received a bona fide offer of

27   credit from the Defendant, United Collection Bureau,

28   Inc.

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>    CASE NO.: _____

28.   In August 2011 Defendant willfully obtained the
Plaintiff's Experian consumer credit report.

29.   At no time did Plaintiff give his consent for
Defendant to acquire his consumer credit report from
any credit reporting agency.

30.   The actions of Defendant obtaining the consumer
credit report of the Plaintiff with no permissible
purpose of Plaintiff's consent was a willful
violation of FCRA, 15 U.S.C. § 1681b and an
egregious violation of Plaintiff's right to privacy.

31.   The Defendant had a duty to properly ascertain if
there was any legitimate permissible purpose before
obtaining Plaintiff's credit report.

32.   Defendant breached said duty by failing to do so.

33.   Plaintiff suffered an invasion of privacy due to
Defendant's actions.


WHEREFORE, Plaintiff demands relief and judgment for
damages against Defendant for the following:

34.   Declaratory judgment that Defendant's conduct
violated the Fair Credit Reporting Act,

35.   Statutory damages as provided by the FCRA, 15
U.S.C.1681n,

36.   Suit and other costs and any applicable
attorney's fees as provided by Civil L.R. 54-3,

37.   Any other and further relief as this Honorable
Court may deem reasonable and just under the
circumstances.

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>   CASE NO.: _____

## COUNT II

VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

(FDCPA), 15 U.S.C. § 1692g(b)

WILLFUL NON-COMPLIANCE BY DEFENDANT

UNITED COLLECTION BUREAU, INC.

38.   Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 36.

39.   The FDCPA, 15 U.S.C. § 1692g(b) states that a debt collector must cease collection efforts until debt is validated.

40.   Defendant willfully continued an attempt to collect an alleged debt on September 8, 2011, October 5, 2011 and November 30, 2011.

41.   Defendant willful actions violated FDCPA 15 U.S.C. 1692g(b).

42.   Defendant's communications contain the following statement on the back: "As required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligation."

43.   Defendant violated 15 U.S.C. § 1692 e(8)by making this statement on their communications.

WHEREFORE, Plaintiff demands relief and judgment for damages against Defendant for the following:

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>   CASE NO.: _____

44.   Declaratory judgment that Defendant's conduct
      violated the Fair Debt Collection Practices Act,

45.   Statutory damages as provided by the FDCPA, 15
      U.S.C.1692k,

46.   Suit and other costs and any applicable
      attorney's fees as provided by Civil L.R. 54-3,

47.   Any other and further relief as this Honorable
      Court may deem reasonable and just under the
      circumstances.


COUNT III

VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
(RFDCPA) Cal. Civ. Code § 1788 et seq.
WILLFUL NON-COMPLIANCE BY DEFENDANT
UNITED COLLECTION BUREAU, INC.


48.   Plaintiff repeats and re-alleges each and every
      allegation contained in paragraphs 1 through 47.

49.   Defendant violated Cal. Civ Code 1788.13(f) by
      using such language on the back of their
      communcations: "As required by law, you are hereby
      notified that a negative credit report reflecting
      your credit record may be submitted to a credit-
      reporting agency if you fail to fulfill the terms of
      your credit obligation."

50.   Defendant violated Cal. Civ. Code § 1788.17 by
      failing to comply within the FDCPA, 15 U.S.C. § 1692
      et seq.

TITLE OF DOCUMENT: VERIFIED COMPLAINT    CASE NO.: _____

Page 8 of 11

1

2     WHEREFORE, Plaintiff demands relief and judgment for

3     damages against Defendant for the following:

4     51.   Declaratory judgment that Defendant's conduct

5         violated the Rosenthal Fair Debt Collection

6         Practices Act,

7     52.   Statutory damages as provided by the RFDCPA, Cal.

8         Civ. Code § 1788.30(b)

9     53.   Suit and other costs and any applicable

10        attorney's fees as provided by Civil L.R. 54-3,

11    54.   Any other and further relief as this Honorable

12        Court may deem reasonable and just under the

13        circumstances.

14

15                    **REQUEST FOR RELIEF**

16    Counts one through three requests for relief is contained

17    within the claim paragraphs.

18

19                    **DEMAND FOR JURY TRIAL**

20    PLEASE TAKE NOTICE that Plaintiff, Robert J. Drury,

21    demands trial by jury in this action.

22

23                        Respectfully submitted,

24

25                    *Robert J. Drury*

26                    Robert J. Drury, pro se

27

28

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>   CASE NO.: _____

Page 9 of 11

1  **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2  STATE OF CALIFORNIA

3       Plaintiff, Robert J. Drury, states as follows:

4    1. I am the Plaintiff in this civil proceeding.
5    2. I have created and read the above-entitled civil
        Complaint and I believe that all the facts contained in
6       it are true, to the best of my knowledge, information and
        belief formed after reasonable inquiry.
7    3. I believe that this civil Complaint is well grounded in
        fact and warranted by existing law.
8    4. I believe that this civil Complaint is not initiated for
        any improper purpose, such as to harass and Defendant,
9       cause unnecessary delay to any Defendant, or create a
        needless increase in the cost of litigation to any
10      Defendant, named in the Complaint.
11   5. I have filed this Complaint in good faith and solely for
        the purposes set forth in it.
12   6. Each and every exhibit I have provided which has been
        attached to this Complaint is a true and correct copy of
13      the original.
14   7. Except for clearly indicated redactions, I have not
        altered, changed, modified or fabricated these exhibits.
15
        Pursuant to 28 U.S.C. § 1746(2), I, ROBERT J. DRURY,
16   hereby declare (or certify, verify or state) under
        penalty of perjury that the foregoing is true and
17   correct.

18   DATE: _June 18, 2012_                _Robert J. Drury_
19                                           ROBERT J. DRURY

20

21

22

23

24

25

26

27

28

---

TITLE OF DOCUMENT: VERIFIED COMPLAINT    CASE NO.: _____

Page **10** of 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

TITLE OF DOCUMENT: <u>VERIFIED COMPLAINT</u>   CASE NO.: _____

**Address Identification Number:**
0355576444
**Comments:**
Permissible purpose. This inquiry is scheduled to continue on record until Apr 2014.

## UNITED COLLECT BUR INC

**Address:**
PO BOX 140190
TOLEDO OH 43614
(800) 876-6729

**Date of Request:**
08/03/2011

**Address Identification Number:**
0355576444
**Comments:**
Permissible purpose. This inquiry is scheduled to continue on record until Sep 2013.

## Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

## CONSUMERINFO.COM INC

**Address:**
535 ANTON BLVD STE 100
COSTA MESA CA 92626
*No phone number available*

**Date of Request:**
04/01/2012

## EXPERIAN

**Address:**
PO BOX 9600
ALLEN TX 75013
*No phone number available*

**Date of Request:**
04/01/2012, 09/09/2009

## FIRST TECH FCU