UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J. DRURY, | CASE NO. 5:12-cv-03113-HRL |
| Plaintiff, | Magistrate Judge Howard R. Lloyd |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE HEARING SCHEDULED FOR AUGUST 21, 2012 AT 1:20 P.M.** |
| UNITED COLLECTION BUREAU, INC., | |
| Defendant. | |

Upon Good Cause Showing, it is hereby ordered that counsel for Defendant UNITED COLLECTION BUREAU, INC., shall appear telephonically at the Case Management Conference hearing scheduled for August 21, 2012 at 1:30 p.m. Defense counsel's telephone number is (310) 242-2200.

**IT IS SO ORDERED:**


DATED: _____          _____
                                UNITED STATES DISTRICT COURT JUDGE