UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert J. Drury,<br><br>    Plaintiff,<br><br>  v.<br><br>United Collection Bureau, Inc.,<br><br>    Defendant.                 / | No. C12-03113<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 21, 2012 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 14, 2012

RICHARD W. WIEKING,
United States District Court

   */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

David J. Kaminski     kaminskd@cmtlaw.com, brooksl@cmtlaw.com, watkinsS@cmtlaw.com

June Grace Felipe     Felipeg@cmtlaw.com, brownk@cmtlaw.com

Robert J. Drury     robb.drury@gmail.com