| | |
|---|---|
| 1 | Name: Robert J. Drury |
| 2 | Address: PO BOX 720545 |
|   | San Jose, CA 95172 |
| 3 | Phone Number: 408-372-6011 |
| 4 | E-mail Address: robb.drury@gmail.com |
| 5 | Pro Se |

RECEIVED
JUN 1 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Robert J. Drury,

           Plaintiff,

vs.

United Collection Bureau, Inc.

           Defendant.

Case Number: CV12-03113 HRL

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 23, 2012

*Lucy H. Koh*
United States District/~~Magistrate~~ Judge